**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 97-6533**

CHARLES RICHARD RILEY,

Petitioner - Appellant,

versus

GEORGE DEEDS; MIKE SPRADLING; RICHARD A. YOUNG; RON ANGELONE; G. JOHNSON; UNKNOWN PARTIES,

Respondents - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, Chief District Judge. (CA-97-172-R)

Submitted: September 25, 1997      Decided: October 20, 1997

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Charles Richard Riley, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss on the reasoning of the district court. <u>Riley v. Deeds</u>, No. CA-97-172-R (W.D. Va. Mar 18, 1997). Appellant's motion for a default judgment is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>